# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT THOMAS CAMPBELL,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1:23-cv-01776-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 12) |

On March 26, 2024, Plaintiff submitted a stipulated motion for a thirty-day extension of time to file Plaintiff's motion for summary judgment, requesting an extension until May 1, 2024. (ECF No. 12.) The Court finds good cause exists to grant Plaintiff's first requested extension.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's stipulated motion to modify the schedule (ECF No. 12) is GRANTED;
2. Plaintiff shall have until **May 1, 2024**, to file the motion for summary judgment; and
3. All remaining deadlines shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **March 27, 2024**

UNITED STATES MAGISTRATE JUDGE